Valenti v. Penn Mutual Life Insurance Co.

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of February, two thousand thirteen.

PRESENT: DENNIS JACOBS,
                            Chief Judge,
            AMALYA L. KEARSE,
            SUSAN L. CARNEY,
                            Circuit Judges.

- - - - - - - - - - - - - - - - - - - - - -X
ROSE VALENTI, ROXANNE COMMISSO, HAYA
ZIZERSKY, THERESA KUROWSKI, MARLENE
RAMSAMOOJ, MICHELLE MICHAELS, LORETA
JARLEGO, TITI SOYEIJU, BELLA ZAHAVI, CAROL
KURA, ROBERT VALENTI, VALENTI, LIMITED,
SEEMA AZIM, ANNETTE PICO, KRYSTYNA
JASINSKI, STEPHEN VALENTI, DONALD VALENTI,
ANNA STARKMAN,
            Plaintiffs-Appellants,

            -v.-                                    12-1732

PENN MUTUAL LIFE INSURANCE COMPANY, VICTOR
P. MAURO,
            Defendants-Appellees,

**PENN PENSION CENTER, INC., ANDREW SIEGEL,**
          **Defendants.**
- - - - - - - - - - - - - - - - - - - - -X

**FOR APPELLANTS:**              JILL ROSELL (Alice H. Oshins, on the brief), Jill Rosell, PLLC, New York, New York.

**FOR APPELLEES:**              STEVEN E. MELLEN (Jessica E. Levine, on the brief), Winget, Spadafora & Schwartzberg, LLP, New York, New York.

Appeal from a judgment of the United States District Court for the Southern District of New York (Koeltl, J.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **AFFIRMED.**

Rose Valenti, her husband, and other associated individuals who participated in an employee benefit plan, appeal from the judgment of the United States District Court for the Southern District of New York (Koeltl, J.), granting summary judgment in favor of Penn Mutual Life Insurance Company and Victor P. Mauro. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

On appeal, Valenti raises a host of discovery issues that were not properly raised below (e.g., Penn Mutual's failure to produce trade blotters) and that have not been preserved for appeal to this Court. We decline to exercise our discretion to review these unpreserved discovery issues. See Caidor v. Onondaga Cnty., 517 F.3d 601, 603 (2d Cir. 2008).

Valenti's remaining arguments amount to pure speculation that Penn Mutual embezzled funds from the employee benefit plan. In order to defeat summary judgment, a plaintiff "must do more than simply show that there is some metaphysical doubt as to the material facts." Matsushita Elec. Indus. Co. v. Zenith Radio Corp., 475 U.S. 574, 586 (1986); see also McPherson v. N.Y.C. Dep't of Educ., 457 F.3d 211, 215 n.4 (2d Cir. 2006) ("[S]peculation alone is insufficient to defeat a motion for summary judgment."). Valenti points to no admissible evidence to

support her claim of embezzlement.  The financial statements produced by Penn Mutual reflect a detailed and proper accounting.

    For the foregoing reasons, and finding no merit in Valenti's other arguments, we hereby **AFFIRM** the judgment of the district court.

                                 FOR THE COURT:
                                 CATHERINE O'HAGAN WOLFE, CLERK